# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JORDAN R. WILLIAMS,

          Plaintiff,

v.

MILWAUKEE COUNTY, RICHARD R. SCHMIDT, EVANSTON INSURANCE COMPANY, WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION, ARMOR CORRECTIONAL HEALTH SERVICES INC., and JOHN DOES,

          Defendants.

Case No. 18-CV-1045-JPS

**ORDER**

      On August 17, 2018, Defendant Armor Correctional Health Services, Inc. ("Armor") filed a motion to dismiss certain claims in the complaint. (Docket #8). The Court was later notified that Plaintiff and Armor had agreed to allow Plaintiff to respond by amending his complaint. (Docket #20). On October 16, 2018, Plaintiff filed an expedited motion for leave to submit an amended complaint. (Docket #22). Though it was not designated as unopposed or stipulated, the deadline for responding to the motion has nevertheless passed in silence. Civ. L. R. 7(h). The Court will, therefore, grant the motion. *Id.* 7(d). When an amended complaint is filed, it becomes the controlling pleading and the prior pleading is withdrawn. *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008). Armor's pending motion, directed at the original complaint, must therefore be denied as moot.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to file an amended complaint (Docket #22) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant Armor Correctional Health Services, Inc.'s motion to dismiss (Docket #8) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge